United States Bankruptcy Court
Western District of North Carolina

In re:                                                              Case No. 17-31718-jcw
All American Roofing, Inc.                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-3          User: howeyc          Page 1 of 3          Date Rcvd: Oct 25, 2017
                              Form ID: 309C         Total Noticed: 112


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db          +All American Roofing, Inc.,    5413 Racine Avenue,    Charlotte, NC 28269-4669
smg         +United States Attorney,    227 West Trade Street,    Carillon Bldg, Suite 1700,
              Charlotte, NC 28202-1675
5517312      ABC Supply Co.,    PO BOX 742067,    Atlanta, GA 30374-2067
5517313      AFCO,    POST OFFICE BOX 360572,    Pittsburgh, PA 15250-6572
5517314      AFLAC,    REMITTANCE PROCESSING SERVICE,    1932 WYNNTON ROAD,    Columbus, GA 31999-0001
5517315      Ahern Rentals,    PO BOX 271390,    Las Vegas, NV 89127-1390
5517353     +Alexandre M Fleuren,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517332     +Amanda Morgan Blundy,    864 Lowcountry Blvd Suite A,    Mount Pleasant, SC 29464-3069
5517317      Ascensus Dreshcer,    P O BOX 36472,    Newark, NJ 07188-6472
5517318     +Atlantic Roofing Distributors,    3287 PACIFIC STREET,    North Charleston, SC 29418-5946
5517319     +Atlantic Roofing Distributors - MB,    509 ROYALS POINT CT,    Myrtle Beach, SC 29588-8727
5517322     +Belmont Bank,    8250 West Belmont Avenue,    Chicago, IL 60634-2809
5517324      Best - Greensboro West,    POST OFFICE BOX 75368,    Charlotte, NC 28275-0368
5517325      Best - Myrtle Beach,    P.O. BOX 75368,    Charlotte, NC 28275-0368
5517326      Best - South Charlotte,    2401 NEVADA BLVD,    Charlotte, NC 28273-6423
5517327      Best Distributors - Charleston,    P.O. BOX 75368,    Charlotte, NC 28275-0368
5517328      Best Distributors - Charlotte,    P.O. BOX 75368,    Charlotte, NC 28275-0368
5517329      Best Distributors - Charlotte (Commsal.),    P.O. BOX 75368,    Charlotte, NC 28275-0368
5517320     +Bret M. Bauer,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517381     +Carolyn Parsons,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517335      Charleston County Treasurer,    PO BOX 100231,    Columbia, SC 29202-3231
5517337      City of Charlotte,    BILLING CENTER,    P.O BOX 1316,    Charlotte, NC 28201-1316
5517338      Commercial Roofing Products, inc.,    PO BOX 884,    Winston Salem, NC 27102-0884
5517339     +Construction Metal Products,    2204 WEST FRONT STREET,    Statesville, NC 28677-2917
5517340     +D.R. Horton Inc.,    c/o CT Corporation System,    160 Mine Lake Ct Ste 200,
              Raleigh, NC 27615-6417
5517351     +Dave Fick,    1821 Echo Forest Drive, Apt 208,    Charlotte, NC 28270-2350
5517413     +David Mark Williford,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517375     +Debra L. Morgan,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517343     +Dennis J Dowd,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517345     +Dunn & Abee Roofing Equipment SP,    1017 MCCLELLAND CT,    Charlotte, NC 28206-1514
5517354     +Edward W. Fleuren,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517348      Everbank Commercial,    P.O. Box 911608,    Denver, CO 80291-1608
5517349      Everbank Commercial Finance, Inc.,    P.O. Box 911608,    Denver, CO 80291-1608
5517350      Federal Express,    PO BOX 371461,    Pittsburgh, PA 15250-7461
5517352      First Call/O'Reilly Automotive Stores,    PO BOX 9464,    Springfield, MO 65801-9464
5517331     +Frank L. Blum,    830 East 25th Street,    Winston Salem, NC 27105-5333
5517356     +Gutterguys Company, Inc.,    910 W 1ST STREET,    Lowell, NC 28098-1330
5517358      Heritage Propane Co.,    3904 BARRINGER DR.,    Charlotte, NC 28217-1506
5517360     +Hollingsworth Capital,    2 Centre Plaza,    Clinton, TN 37716-3960
5517359     +Hollingsworth Capital,    MARATHON, LLC,    Two Centre Plaza,    Clinton, TN 37716-3960
5517361     +Home Depot,    1797 Northeast Expressway, Suite 100,    Atlanta, GA 30329-2451
5517362      Hub International Midwest Ltd.,    15174 COLLECTIONS CENTER DRIVE,    Chicago, IL 60693-0151
5517347     +James H. Elliott, Jr.,    P.O. Box 21203,    Charleston, SC 29413-1203
5517321     +James M. Bayles,    10915 SIDNEYS RD,    Round O, SC 29474-4237
5517357     +Jason Hall,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517365     +Jesse A. Kirchner,    5 Middle Atlantic Wharf,    Charleston, SC 29401-2173
5517364     +Jesse A. Kirchner,    15 Middle Atlantic Wharf,    Charleston, SC 29401-2143
5517363      Job Cost, Inc.,    208 NORTH WASHINGTON STREET,    Naperville, IL 60540-4514
5517333     +John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517382     +Jose Antonio Martinez Perez,    3130 MILTON ROAD,    Charlotte, NC 28215-5526
5517367     +Kimberly Layman,    c/o Jesse A. Kirchner,    15 Middle Atlantic Wharf,
              Charleston, SC 29401-2143
5517368     +LYF-TYM Building Products Co.,    4523 GREEN POINT DRIVE,    SUITE 102,
              Greensboro, NC 27410-8167
5517417     +Lynn P. Yates,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517323     +Mark Bentcover,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517369     +Mark DeBoo,    8449 Loxton Circle,    Charlotte, NC 28214-9029
5517341     +Mark DebBoo,    8449 Loxton Circle,    Charlotte, NC 28214-9029
5517393     +Mary K. Rowan,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517418     +Mary Young,    c/o Jesse A. Kirchner,    15 Middle Atlantic Wharf,    Charleston, SC 29401-2143
5517372     +Media Services, Inc.,    P.O. BOX 22617,    Charleston, SC 29413-2617
5517405     +Michaela Swarz,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517374     +Mid-Atlantic Roofing Supply, Inc.,    PO BOX 1535,    Denver, NC 28037-1535
5517376      N.B. Handy Company,    DEPT.#1653,    P.O.BOX 11407,    Birmingham, AL 35246-1653
5517378      National Roofing Contractors Association,    P.O.BOX 809261,    Chicago, IL 60680-9261
5517379      North Carolina Dept. of Motor Vehicles,    P.O. BOX 29620,    Raleigh, NC 27626-0620
5517380     +Oak Bluff Homeowners Association Inc,    c/o Jules Deas, Jr., Agent,
              960 Morrison Drive, Suite 100,    Charleston, SC 29403-4237
5517396     +Oscar Martinez Sanchez,    DBA HIGH QUALITY ROOFING,    5551 GRAFTON PLACE,
              Charlotte, NC 28212-3615
5517346     +Paul H. Eastmer,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517390     +Penney Romito,    c/o Jesse A. Kirchner,    15 Middle Atlantic Wharf,    Charleston, SC 29401-2143

```
District/off: 0419-3          User: howeyc              Page 2 of 3            Date Rcvd: Oct 25, 2017
                              Form ID: 309C             Total Noticed: 112


5517398        +Phillip Ward Segui, Jr.,    864 Lowcountry Blvd., Ste A,    Mount Pleasant, SC 29464-3069
5517384         Piedmont Natural Gas,    P O BOX 660920,    Dallas, TX 75266-0920
5517385        +Piedmont Properties,    115 East Park Avenue,    Suite B,    Charlotte, NC 28203-3712
5517386         Pitney Bowes,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
5517387        +Proshred Charlotte,    803 PRESSLEY RD,    SUITE #108,    Charlotte, NC 28217-0971
5517388         Quill Corporation,    PO BOX 37600,    Philadelphia, PA 19101-0600
5517389         Republic Services,    PO BOX 9001099,    Louisville, KY 40290-1099
5517391        +Roofing Supply Group Charlotte,    1600 WESTINGHOUSE BLVD.,    Charlotte, NC 28273-6327
5517383        +Rosemarie G. Petti,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517392        +Rotary Club of Charlotte NC, Inc.,    1850 E. 3RD STREET,    SUITE 220,
                 Charlotte, NC 28204-3455
5517395        +S&P Tax Solutions, Ltd.,    95 Revere Drive,    Suite A,    Northbrook, IL 60062-1585
5517397       ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
                 (address filed with court:  SCE&G,    4481 LEEDS PLACE WEST,    North Charleston, SC 29405)
5517370        +Sharon P. McGuirk,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517399         Sharp Business Systems,    DEPT.AT 40322,    Atlanta, GA 31192-0322
5517406        +Shawn Swarz,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517400        +Spectrum Enterprise,    P.O BOX 223085,    Pittsburgh, PA 15251-2085
5517402        +Stallings Refrigerations, Inc.,    6109 HUNTER AVENUE,    P.O. BOX 26428,
                 Charlotte, NC 28221-6428
5517403        +Summer Wood Property Owners Association,,    c/o Gold Crown Management, Inc., Agent,
                 1805 Oak Street,    Myrtle Beach, SC 29577-3140
5517404        +Superior Distribution,    5047 HWY 24-27 EAST,    Midland, NC 28107-5762
5517394        +Timothy J. Rowan,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517407        +Torrealba Construction, LLC,    8300 RUNAWAY BAY DRIVE,    Charlotte, NC 28212-7526
5517366        +Tracy Koozer,    c/o John T. Chakeris,    231 Calhoun St.,    Charleston, SC 29401-1306
5517408         Triangle Fastener Corporation,    4308 SOLUTIONS CENTER,    Chicago, IL 60677-4003
5517409         United Rentals,    P.O.BOX 100711,    Atlanta, GA 30384-0711
5517342        +W. Kyle Dillard,    300 North Main Street,    PO Box 2757,    Greenville, SC 29602-2757
5517410         Waste Industries 035,    P.O.BOX 580027,    Charlotte, NC 28258-0027
5517411        +Waste Management,    GREATER CHARLOTTE,    P.O.BOX 105453,    Atlanta, GA 30348-5453
5517412        +Waterford Contracting, LLC,    2217 Stantonsburg Road,    Greenville, NC 27834-2841
5517414         Windstream Communications (SC),    P O BOX 9001950,    Louisville, KY 40290-1950
5517415         Wright Express FBC,    Fleet Fueling,    POST OFFICE BOX 6293,    Carol Stream, IL 60197-6293
5517416        +Wright, Worley, Pope, Ekster & Moss,    52 PHYSICIANS DRIVE,    Supply, NC 28462-4095
5517355        +Zacarias Godinez,    3413 BROADMOORE PLACE,    North Charleston, SC 29420-8701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mraubach@lawhssm.com Oct 25 2017 18:17:30     Melanie D. Johnson Raubach,
                 Hamilton Stephens Steele Martin PLLC,    525 N. Tryon Street,    Suite 1400,
                 Charlotte, NC  28202
tr             +EDI: BFLHENDERSONJR.COM Oct 25 2017 18:23:00     Frederick L Henderson, Jr.,
                 Sigmon & Henderson, PLLC,    518 S. New Hope Rd.,    Gastonia, NC 28054-4039
smg             EDI: IRS.COM Oct 25 2017 18:18:00     Internal Revenue Service,    Special Procedures Section,
                 320 Federal Place, Room 335,    Greensboro, NC  27401
smg             E-mail/Text: atlreorg@sec.gov Oct 25 2017 18:17:41     Securities and Exchange Commission,
                 Atlanta Regional Office,    3475 Lenox Road, N.E., Suite 1000,    Atlanta, GA  30326-1232
5517316         EDI: AMEREXPR.COM Oct 25 2017 18:18:00     American Express - Blue,    BLUE FOR BUSINESS,
                 P.O.BOX 650448,    Dallas, TX 75265-0448
5517330        +E-mail/Text: maryanne@charlotte.bbb.org Oct 25 2017 18:17:30     Better Business Bureau,
                 13860 BALLANTYNE CORPORATE PLACE,    SUITE 225,    Charlotte, NC 28277-3275
5517344         E-mail/Text: lynn.colombo@duke-energy.com Oct 25 2017 18:17:51     Duke Energy,    P O BOX 70516,
                 Charlotte, NC 28272-0516
5517371         E-mail/Text: taxbk@mecklenburgcountync.gov Oct 25 2017 18:17:45
                 Mecklenburg County Tax Collector,    POST OFFICE BOX 71063,    Charlotte, NC 28272-1063
5517373         E-mail/Text: litigationintake@metlife.com Oct 25 2017 18:17:52
                 Metlife Small Business Center,    PREMIUM PAYMENTS,    POST OFFICE BOX 804466,
                 Kansas City, MO 64180-4466
5517377         E-mail/Text: bankruptcy@genpt.com Oct 25 2017 18:17:40     Napa Auto Parts,    P O BOX 409043,
                 Atlanta, GA 30384-9043
5517547         EDI: NCDEPREV.COM Oct 25 2017 18:13:00     North Carolina Department of Revenue,
                 Bankruptcy Unit,    P.O. Box 1168,    Raleigh, NC 27602-1168
5517401         EDI: NEXTEL.COM Oct 25 2017 18:13:00     Sprint (Nextel),    PO BOX 4181,
                 Carol Stream, IL 60197-4181
                                                                                   TOTAL: 12


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5517546*       +Internal Revenue Service,    P.O. Box 7317,    Philadelphia, PA 19101-7317
5517334*       +John T. Chakeris,,    231 Calhoun St.,    Charleston, SC 29401-1306
5517336        ##+Charlotte Chamber of Commerce,    ATTN: SCOTT EPTING, ACCOUNTING,    P O BOX 32785,
                 Charlotte, NC 28232-2785
                                                                        TOTALS: 0, * 2, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0419-3          User: howeyc           Page 3 of 3           Date Rcvd: Oct 25, 2017
                              Form ID: 309C           Total Noticed: 112
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Frederick L Henderson, Jr.    trudoc@siglawfirm.com,  NC44@ecfcbis.com
              Melanie D. Johnson Raubach    on behalf of Debtor   All American Roofing, Inc.
               mraubach@lawhssm.com,   vhughes@lawhssm.com;rkelley@lawhssm.com
                                                                        TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor | **All American Roofing, Inc.** <br> Name | EIN  **36–4301977** |
| United States Bankruptcy Court   **Western District of North Carolina** <br> Case number:  **17–31718** | | Date case filed for chapter  **7   10/23/17** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | All American Roofing, Inc. | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 5413 Racine Avenue <br> Charlotte, NC 28269 | |
| **4.** | **Debtor's attorney** <br> Name and address | Melanie D. Johnson Raubach <br> Hamilton Stephens Steele Martin PLLC <br> 525 N. Tryon Street <br> Suite 1400 <br> Charlotte, NC 28202 | Contact phone 704–227–1059 <br> Email _____ |
| **5.** | **Bankruptcy trustee** <br> Name and address | Frederick L Henderson Jr. <br> Sigmon & Henderson, PLLC <br> 518 S. New Hope Rd. <br> Gastonia, NC 28054 | Contact phone 704–865–6265 <br> Email _____ |
| **6.** | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 401 West Trade Street <br> Charlotte, NC 28202 | Hours open _____ <br><br> Contact phone 704–350–7500 <br><br> Date: 10/25/17 |
| **7.** | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 29, 2017 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **U.S. Bankruptcy Administrators Office, 402 West Trade Street, Suite 205, Charlotte, NC 28202** |
| **8.** | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |