# Safelite® AutoGlass

```
SAFELITE AUTOGLASS              Date & Time:        01/27/18 03:50PM
1301 CARRIER DR. STE A
CHARLOTTE, NC 28216
** SERVICE QUESTIONS **
** CALL 704-583-9571 **


Customer:                       Home Phone:
FREDERICK                       Work Phone:
                                Service Phone:
HENDERSON, FREDERICK            Work Order #:       01846_339827
5413 RACINE AVE                                    (01846_339827)
CHARLOTTE, NC 28269
```

| Year | Make | Model |
|---|---|---|
| 2007 | TOYOTA | TUNDRA PICKUP |

| License | Style | Stock/Unit# |
|---|---|---|
| NA | 4 DOOR CREW CAB | |

| Mileage | VIN |
|---|---|
| 12345 | 5TFST541X7X002002 |

**Purchase Order#**

```
                      List      Selling  Flat
Qty Part              Price     Price    Labor    Kit      MTRL
  1 FD23324 GTY                 179.95   50.00    0.00     0.00
  1 DISPOSAL FEE                  0.00    7.95    0.00     0.00
  1 FUEL SURCHARGE                0.00    9.95    0.00     0.00

Urethane Brand: None
Urethane Product: None
Urethane Lot Number: 3001714589
```

| Technician Name | Technician ID |
|---|---|
| Nelson | 1846-951 |

Technician Notes
_____

```
Part Subtotal:              179.95
Flat Labor Subtotal:         67.90
Subtotal:                   247.85
Sales Tax:                   17.98
Total:                      265.83

Deductible:                   0.00

Amount to Collect:          265.83


Payment Amount:             265.83

Amount Due:                   0.00
```

Pending Credit Card ***3806, payment in the amount of $265.83.
Authorization Code: 027652

```
Your vehicle has been vacuumed!
Your exterior windows have been cleaned!
```

Signature: ____Signature on file._____

Vehicle may be driven after: 15 minutes