**Trustee Insurance Agency**
2813 West Main
Kalamazoo, MI  49006
(877) 237-8167
JAC@trusteeresourcegroup.com

# INVOICE

**BILL TO**
Derick Henderson
RE: All American Roofing, Inc
Case #17-31718
Sigmon & Henderson, PLLC
518 South New Hope Road
Gastonia, NC  28054

**INVOICE #** 9769
**DATE** 02/01/2018
**DUE DATE** 02/16/2018
**TERMS** Net 15

| CASE NUMBER | DEBTOR NAME | ENROLLMENT # |
|---|---|---|
| 17-31718 | All American Roofing, Inc. | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 02/01/2018 | **Equipment Insurance**<br>Located At: 5413 Racine Ave., Charlotte, NC 28269 & 3330-C Marathon Ct. N. Charleston, SC 29418<br>(Itemized on Separate Documentation)<br>Insured Value: $120,800.00<br>Deductible:$2,500.00 (per location) | 51.00 |
| 02/01/2018 | **Vehicle Insurance**<br>Located At: 5413 Racine Ave., Charlotte, NC 28269 & 3330-C Marathon Ct. N. Charleston, SC 29418<br>(Itemized on Separate Documentation)<br>Insured Value: $79,200.00<br>Deductible:$1,000.00 (per location) | 98.90 |
| 02/01/2018 | Cancellation as of 2/5/2018 | |

Should there be any updates to your billing address or e-mail please contact us with these revisions.

**BALANCE DUE** $149.90

Thank you for your business!

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com