# IRON HORSE AUCTION COMPANY
## Auctioneers & Brokers

# INVOICE

**IRON HORSE AUCTION COMPANY**
*Auctioneers and Brokers*
174 Airport Road, PO Box 1267
Rockingham, NC 28380
(910) 997-2248, Fax (910) 895-1530
tom@ironhorseauction.com

DATE: February 15, 2018

Bill to:
Derick Henderson
Sigmonf & Henderson
518 S. New Hope Road
Gastonia, NC 28054
All American Roofing

TERMS - NET 10

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 01/29/18 | Commission | | $20,494.18 |
| 01/29/18 | Advertising Expense | | $6,000.00 |
| 01/29/18 | Budget Dumpster Rental Total | | $981.00 |
| 01/29/18 | Transport Fee ATR Anson & Recovert | | $2,500.00 |
| | | | **AMOUNT DUE** |
| | | | $29,975.18 |

| REMITTANCE | |
|---|---|
| INVOICE | 18-0203 |
| DATE | |
| AMOUNT DUE | $29,975.18 |
| AMOUNT ENCLOSED | |

**MAKE ALL CHECKS PAYABLE TO IRON HORSE AUCTION COMPANY**